IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| PAULINE FLOOD, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 04-CV-1147 |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## SCHEDULING ORDER

Pursuant to Civil Discovery Plan (d/e 10) filed by the parties, TIME LIMITS AND SETTINGS ARE ORDERED IN THE ABOVE ENTITLED CASE AS FOLLOWS:

1. Initial disclosures under Rule 26 to be made by September 15, 2004.

2. No motions to join other parties or to amend the pleadings to be filed after September 30, 2004.

3. Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by August 1, 2005. Defendant is to identify testifying experts and to provide Rule 26 expert reports by October 30, 2005.

4. The parties have until December 31, 2005, to complete all discovery. Any written discovery served subsequent to the date of this

Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply.

     5.    Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period.  Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.   All motions to compel must contain the certification required by Rule 37 that the parties met and conferred and attempted to resolve the discovery dispute.  If the certification is not included, the motion to compel will be denied.

     6.    The parties have until January 31, 2006 to file dispositive motions.  No dispositive motions filed after that date will be considered by the Court.

     7.    Final Pre-trial Conference is scheduled for April 10, 2006 at 9:00 a.m. before U.S. District Judge Mihm.   All Motions in Limine to be

filed on or prior to the Final Pre-Trial date. (See Local Rule 16.1 - Pre-Trial Procedures.)

8. Bench trial is scheduled for May 15, 2006 at 8:30 a.m. on the trial calendar of U.S. District Judge Mihm.

9. If the parties consent to trial before U.S. Magistrate Judge Byron Cudmore, the final pre-trial date and trial date may be changed.

10. Mediation will be hosted by U.S. Magistrate Judge Cudmore in Springfield at joint request of the parties.

11. Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and *pro se* litigants in the four active District Judges' courtrooms.

12. Defendant to file motion to strike Plaintiff's jury demand by September 15, 2004. Plaintiff to respond by October 15, 2004.

13. Rule 16 scheduling conference set August 19, 2004 at 11:00 a.m. CANCELLED.

NOTE: ONLY JUDGE MIHM MAY GRANT A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE.

ENTERED August 18, 2004

s/ Byron G. Cudmore
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE