## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULINE FLOOD, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| vs. ] | No. 04-1147 |
| ] | |
| UNITED STATES OF AMERICA, ] | |
| ] | |
| Defendant. ] | |

### *PROOF OF SERVICE*

TO:  United States of America
c/o Gerad A. Brost
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, Illinois 61602

I, the undersigned, being first duly sworn on oath, depose and state that I mailed a true and correct copy of Plaintiff's Answers to Interrogatories and Response to Request for Production of Documents by placing same in an envelope stamped, addressed, and sealed in the United States mail box in the City of Peru, Illinois on the 3rd day of August, 2005 at the hour of 5:00 p.m.

s/ James A. McPhedran
Attorney for Plaintiff
1200 Maple Drive
Peru, Illinois 61354
Telephone: 815/223-0230
Facsimile:  815/223-0233
E-mail: Raccuglialaw@insightbb.com

ANTHONY C. RACCUGLIA & ASSOCIATES
ATTORNEYS-AT-LAW
1200 MAPLE DRIVE
PERU, ILLINOIS 6L354
PHONE:  815-223-0230
FACSIMILE:  815-223-0233