RECEIVED
AUG - 9 2005
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

FILED
AUG 1 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Thursday, 11 August, 2005 11:49:13 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Pauline Flood, **Plaintiff** )
)
vs. )   Case No.
)   04-1147
)
United States of America, **Defendant** )

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provision of 28 U.S.C. §636(c) and Fed.R. Civ. P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

**FOR PLAINTIFF(S):**
Raccuglia + Associates
by s/Attorney
DATE 08/01/05

DATE _____

DATE _____

**FOR DEFENDANT(S):**
s/Gerald Brost
DATE 8/9/05

DATE _____

DATE _____

ALL PLAINTIFFS OR ATTORNEYS FOR PLAINTIFFS MUST SIGN.

ALL DEFENDANTS OR ATTORNEYS FOR DEFENDANTS MUST SIGN.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable John Gorman, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

DATE 8/11/05      s/Michael M. Mihm
                  **UNITED STATES DISTRICT JUDGE**

**NOTE:** RETURN THIS FORM TO THE CLERK OF COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO PROCEED BEFORE A MAGISTRATE JUDGE.