E-FILED
Thursday, 23 March, 2006  02:31:27 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULINE FLOOD, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] No. 04-1147 |
| | ] |
| UNITED STATES OF AMERICA, | ] |
| | ] |
| Defendant. | ] |

## PROOF OF SERVICE

TO:   Gerard A. Brost
      Assistant United States Attorney
      One Technology Plaza
      211 Fulton Street, Suite 400
      Peoria, Illinois 61602

I, the undersigned, being first duly sworn on oath, depose and state that I mailed a true and correct copy of Plaintiff's Request to Produce by placing same in an envelope stamped, addressed, and sealed in the United States mail box in the City of Peru, Illinois on the 23rd day of March, 2006 at the hour of 5:00 p.m.

                                        s/ James A. McPhedran
                                        Attorney for Plaintiff
                                        1200 Maple Drive
                                        Peru, Illinois 61354
                                        Telephone: 815/223-0230
                                        Facsimile:  815/223-0233
                                        E-mail: Raccuglialaw@insightbb.com

ANTHONY C. RACCUGLIA & ASSOCIATES
ATTORNEYS-AT-LAW
1200 MAPLE DRIVE
PERU, ILLINOIS 6L354
PHONE:  815-223-0230
FACSIMILE:  815-223-0233