UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULINE FLOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )   No. 04-1147 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**AGREEMENT FOR COMPROMISE SETTLEMENT AND
RELEASE OF FEDERAL TORT CLAIMS PURSUANT TO 28 U.S.C. § 2677**

It is hereby stipulated by and between the undersigned plaintiff and the United States of America, by and through their respective attorneys, as follows:

1. The parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Settlement Agreement.

2. The United States of America agrees to pay the sum of Seventy Thousand Dollars, ($70,000), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject

matter of this settlement, including any claims for wrongful death, for which plaintiff or his guardians, heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

    3.    Plaintiff and her guardians, heirs, executors, administrators, and assigns agree to and do accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, survival or wrongful death, arising from any and all known or unknown, foreseen or unforeseen bodily injuries, personal injuries, death, or damage to property, which they may have or hereafter acquire against the United States of America, its agents, servants, or employees on account of the subject matter of this civil action, or that relate or pertain to or arise from, directly or indirectly, the subject matter of this civil action.  Plaintiff and her guardians, heirs, executors, administrators, and assigns further agree to reimburse, indemnify, and hold harmless the United States of America, its agents, servants, and employees from and against any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation claims for subrogation, indemnity, contribution, or lien of any

kind, or for fees, costs, expenses, survival or wrongful death that relate or pertain to or arise from, directly or indirectly, any act or omission that relates to the subject matter of this civil action.

4. This stipulation for compromise settlement is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, its agents, servants, or employees, and it is specifically denied that they are liable to the plaintiff. This settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

5. It is also agreed, by and among the parties, that the respective parties will each bear their own costs, fees, and expenses and that any attorney's fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

6. It is also understood by and among the parties that pursuant to Title 28, United States Code, Section 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 per centum of the amount of the compromise settlement.

7. The persons signing this Settlement Agreement warrant and represent that they possess full authority to bind the persons on whose behalf

they are signing to the terms of the settlement.

8. Payment of the settlement amount will be made by two checks from the United States Postal Service. One check shall be in the amount of $61,757.58 (Sixty One Thousand, Seven Hundred Fifty Seven Dollars and Fifty Eight Cents) made payable to Pauline Flood and her attorney, James McPhedran and sent to her attorney. Plaintiff's attorney agrees to distribute the settlement proceeds to the plaintiff, and to dismissal of the above-captioned action with prejudice, with each party bearing its own fees, costs, and expenses. The second check shall be in the amount of $8,242.42 (Eight Thousand, Two Hundred Forty Two Dollars and Forty Two Cents) made payable to Medicare and sent to The Centers for Medicare and Medicaid Services.

9. The parties agree that this Stipulation for Compromise Settlement and Release, including all the terms and conditions, of this compromise settlement and any additional agreements relating thereto, may be made public in their entirety, and the plaintiff expressly consents to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

10. It is contemplated that this Stipulation may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

PLEASE READ CAREFULLY.  THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.

Executed this **6th** day of **September**, 2006

For the United States:

**s/: GERARD A. BROST**
Gerard A. Brost
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, IL 61606
309/671-7050

For the Plaintiff, Pauline Flood:

Executed this **2nd** day of **September**, 2006

**s/: JAMES A. McPHEDRAN**
James A. McPhedran
Anthony C. Raccuglia and Associates, P.C.
1200 Maple Drive
Peru, IL 61354
815/223-0230

Executed this **2nd** day of **September**, 2006

**s/: PAULINE FLOOD**
Pauline Flood
Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| PAULINE FLOOD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No.04-1147 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 6, 2006**, I electronically **AGREEMENT FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS PURSUANT TO 28 U.S.C. §2677** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**James A. McPhedran
raccuglialaw@insightbb.com**

and I hereby further certify that I have mailed, by United States Postal Service, the **AGREEMENT FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS PURSUANT TO 28 U.S.C. §2677** to the following non CM/ECF participants:           **Not Applicable**

**s/: DONALD C. LATTIG
DONALD C. LATTIG**
Legal Assistant
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050
E-Mail: don.lattig@usdoj.gov